UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE VAN OST,<br><br>Plaintiff,<br><br>v.<br>ZIMMER HOLDINGS, INC., ZIMMER, INC., ZIMMER INTERMED, AND DOES 1 THROUGH 200, INCLUSIVE,<br><br>Defendants. | Case No. CV 16-9339-GW(ASx)<br><br>Hon. George H. Wu<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION AS TO DEFENDANTS ZIMMER BIOMET HOLDINGS, INC., ZIMMER, INC., AND ZIMMER US, INC. WITH PREJUDICE**<br><br>[Filed Concurrently With Joint Stipulation and [Proposed] Order Re: Dismissal Of Entire Action As To Defendants Zimmer Biomet Holdings, Inc., Zimmer, Inc., and Zimmer US, Inc. With Prejudice]<br><br>Complaint Filed: August 25, 2016 |

| | |
|---|---|
| 1 | Pursuant to the Stipulation of the parties, it is HEREBY ORDERED that: |
| 2 | 1. All claims in the above-captioned matter are dismissed in their entirety |
| 3 | with prejudice as to Defendants Zimmer Biomet Holdings, Inc., Zimmer, Inc., and |
| 4 | Zimmer Us, Inc.; and |
| 5 | 2. Each party is to bear its own costs. |
| 6 | |
| 7 | **IT IS SO ORDERED:** |
| 8 | |
| 9 | |
| 10 | Dated: August 17, 2017          _____/s/ George H. Wu_____ |
| | GEORGE H. WU, U.S. District Judge |